In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-166 CR


____________________



RHONDA MILLER, a/k/a RHONDA ESPARZA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 86360






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Rhonda Miller, a/k/a
Rhonda Esparza, to withdraw her appeal pursuant to Tex. R. App. P. 42.2. The motion
is signed by appellant personally and counsel of record is aware of the motion. No opinion
has issued in this appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered June 15, 2005 

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.